NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRUSTEES OF BOSTON UNIVERSITY,**
*Plaintiff-Appellant*

**v.**

**EVERLIGHT ELECTRONICS CO., LTD., EVERLIGHT AMERICAS, INC., EPISTAR CORPORATION, LITE-ON INC., LITE-ON SERVICE USA, INC., LITE-ON TECHNOLOGY CORPORATION, LITE-ON TRADING USA, INC.,**
*Defendants-Appellees*

---

2020-1360

---

Appeal from the United States District Court for the District of Massachusetts in Nos. 1:12-cv-11935-PBS, 1:12-cv-12326-PBS, 1:12-cv-12330-PBS, Judge Patti B. Saris.

---

**JUDGMENT**

---

MICHAEL W. SHORE, Shore Chan DePumpo LLP, Dallas, TX, for plaintiff-appellant. Also represented by ALFONSO CHAN.

RICHARD C. VASQUEZ, Vasquez Benisek & Lindgren

LLP, Walnut Creek, CA, for defendants-appellees. Also represented by JEFFREY T. LINDGREN, ROBERT MCARTHUR.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge*, LOURIE and REYNA, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| March 3, 2021 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |